1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Stephen M. Lamberson, WSBA No. 12985
Etter McMahon Lamberson Van Wert & Oreskovich, PC
618 W. Riverside Ave, Suite 210
Spokane, WA 99201
509-747-9100

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA ANNE COSENS,<br><br>Plaintiff,<br><br>vs.<br><br>CORELOGIC INC. d/b/a CORELOGIC RENTAL PROPERTY SOLUTIONS LLC.,<br><br>Defendant. | No. 2:21-cv-00110-SMJ<br><br>DEFENDANT CORELOGIC INC. d/b/a CORELOGIC RENTAL PROPERTY SOLUTIONS LLC.'S CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES |

## **CERTIFICATE OF SERVICE**

I, Stephen M. Lamberson, certify that on September 9, 2021, my office

served Saferent Solutions LLC f/k/a Corelogic Rental Property Solutions LLC's

("Corelogic") initial disclosures to Plaintiff via email to the following counsel

of record:

DEFENDANT CORELOGIC'S CERTIFICATE
OF SERVICE OF INITIAL DISCLOSURES-
PAGE 1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1

2

3

Christopher E. Green

Chris@MyFairCredit.com

4

5

6

7

Alexis I. Lehmann

alehmann@consumerlawfirm.com

8

9

10

11

12

This notice confirms Corelogic served its initial disclosures on September 9, 2021, in compliance with this Court's scheduling order and Fed. R. Civ. P. 26(a)(1).

13

14

RESPECTFULLY SUBMITTED this 9th day of September, 2021.

15

16

17

*/s/ Stephen M. Lamberson*
Stephen M. Lamberson, WSBA #12985

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

DEFENDANT CORELOGIC'S CERTIFICATE
OF SERVICE OF INITIAL DISCLOSURES-
PAGE 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2

## <u>CERTIFICATE OF SERVICE</u>

3

4
    I hereby certify that on the 9th day of September 2021, I electronically served the following documents:

5

6
Defendant Corelogic Inc. d/b/a Corelogic Rental Property Solutions LLC's Certificate of Service of Initial Disclosures

7

8
via email to the following:

9

10
Christopher E. Green

11
Chris@MyFairCredit.com

12

13
Alexis I. Lehmann

14
alehmann@consumerlawfirm.com

15

16
Dated this 9th day of September 2021.

17

18

19
_____

20
Margie Blaine

21

22

23

24

25

26

27

28

29

30

31

32

DEFENDANT CORELOGIC'S CERTIFICATE
OF SERVICE OF INITIAL DISCLOSURES-
PAGE 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100