FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA ANNE COSENS,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC INC., d/b/a Corelogic Rental Property Solutions LLC,<br><br>Defendant. | No. 2:21-cv-00110-MKD<br><br><br>ORDER DISMISSING CASE<br><br>**ECF No. 19** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 19. The parties request this case be dismissed and seek an order dismissing the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs and fees. The Court accepts the notice of dismissal and dismisses this case.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 19**, is **GRANTED**, and this case is dismissed **WITH PREJUDICE**.

2. Any pending motions are **DIMISSED as moot**.

ORDER - 1

3. All hearings and other deadlines are **STRICKEN**.

4. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED September 22, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2